

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL B. MCGROARTY,

        Petitioner,

  -against-

U.S. RARE EARTHS, INC.,

        Respondent.

------------------------------------------------------------X

Case No. 1:16-cv-02687-GHW

AFFIDAVIT OF SERVICE

STATE OF NEVADA     )
                S.S.:
COUNTY OF CARSON CITY  )

        **LISA MORLAN**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 29th day of April, 2016, at approximately 2:07 pm, deponent served a true copy of the **PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF HIS PETITION TO CONFIRM AN ARBITRATION AWARD PURSUANT TO 9 U.S.C. § 9** upon **U.S. RARE EARTHS, INC.** c/o Capitol Corporate Services, Inc. at 202 South Minnesota Street, Carson City, NV 89703, by personally delivering and leaving the same with **TAMARA TUCKER**, who informed deponent that she is a Process Specialist and is authorized by appointment to receive service at that address.

        **TAMARA TUCKER** is a white female, approximately in her 50's, stands approximately 5 feet 3 inches tall, and weighs approximately 100-130 pounds with blonde hair.

                         _Lisa Morlan_
                     **LISA MORLAN**

Sworn to before me this
29 day of April

NOTARY PUBLIC

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com